**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**ATTICA SCOTT,** *et al.*                                                                  **PLAINTIFF**

**vs.**                                                                                **NO. 3:20-CV-535-CRS**

**LOUISVILLE/JEFFERSON COUNTY METRO**                      **DEFENDANTS**
**GOVERNMENT,** *et al.*

**ORDER**

Motion having been made and for the reasons set forth in the memorandum opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

1. The Motion to Dismiss of Defendants Louisville/Jefferson County Metro Government and Greg Fischer, Robert Schroeder, and LaVita Chavous in their official capacities, DN 34, is (1) **DENIED** as to Plaintiffs' claims against Louisville/Jefferson County Metro Government under 42 U.S.C. § 1983; (2) **GRANTED** as to the assault and battery claims against Louisville/Jefferson County Metro Government, which Plaintiffs have agreed to voluntarily dismiss, and which are therefore dismissed with prejudice; and (3) **GRANTED** as to Plaintiffs' official capacity claims against Defendants Greg Fischer, Robert Schroeder, and LaVita Chavous, which are therefore dismissed.

**IT IS SO ORDERED.**

November 24, 2020

Charles R. Simpson III, Senior Judge
United States District Court
