UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE
CASE NO. 3:20-cv-535-CRS

**ATTICA SCOTT,** *et al.*                                                            **PLAINTIFFS**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO
GOVERNMENT,** *et al.*                                        **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

### DEFENDANT'S INITIAL RULE 26(a)(1) DISCLOSURES
*Electronically Filed*

Comes the Defendant, Louisville/Jefferson County Metro Government, by counsel, and pursuant to Rule 26(a)(1), makes the following Initial Disclosures.

**A.**     **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT THE DEFENDANT MAY USE IN SUPPORT OF ITS DEFENSES**

1. Attica Scott
   Address Unknown
   Plaintiff, will testify as to the facts known to her underlying the present cause of action.

2. Corbin Smith
   Address Unknown
   Plaintiff, will testify as to the facts known to him underlying the present cause of action.

3. Kayla Meisner
   Address Unknown
   Plaintiff, will testify as to the facts known to her underlying the present cause of action.

4. Tyler Weakley
   Address Unknown
   Plaintiff, will testify as to the facts known to him underlying the present cause of action.

5. Stevie Schauer
   Address Unknown
   Plaintiff, will testify as to the facts known to her underlying the present cause of action.

6. Willa Tinsley
   Address Unknown
   Plaintiff, will testify as to the facts known to her underlying the present cause of action.

7. Patrick Moore
   Address Unknown
   Plaintiff, will testify as to the facts known to his underlying the present cause of action.

8. Kentucky Alliance Against Racial and Political Repression
   Address Unknown
   Plaintiff, will testify as to the facts known to it underlying the present cause of action.

9. Mayor Greg Fischer, in his individual capacity
   Defendant, will testify as to the facts known to him underlying the present cause of action.

10. Chief Robert Schroeder, in his individual capacity
    Defendant, will testify as to the facts known to him underlying the present cause of action.

11. Assistant Chief LaVita Chavous, in her individual capacity
    Defendant, will testify as to the facts known to her underlying the present cause of action.

12. Any and all current and/or former employees of Louisville/Jefferson County Metro Government, or any other governmental entity or agency, having information relative to this cause of action.

13. Any and all individuals who have been or will be identified through discovery.

14. Any and all witnesses who have been or will be identified by other parties to this litigation.

15. Any and all other individuals listed by the Plaintiff, or any other party to this litigation, in their Initial Disclosure(s).

    16.    The Defendants reserve the right to amend this list should it become necessary subsequent to the close of discovery.

**B.**    **DOCUMENTS IN THE POSSESSION OF THE DEFENDANT THAT MAY BE USED TO SUPPORT ITS DEFENSES**

    1.    Louisville Metro Police Department Standard Operating Procedures.

    2.    Any Incident Reports, Uniform Citations, Arrest Reports, Calls, Videos or Photographs relevant to the allegations asserted in the Complaint.

    3.    Training records and personnel files of the Louisville Metro Police Department relevant to the allegations asserted in the Complaint.

    4.    Any and all documents which have been or will be identified through discovery.

    5.    Any and all documents which have been or will be identified by other parties to this litigation.

    6.    Any and all other documents listed by the Plaintiff, or any other party to this litigation, in their Initial Disclosure(s).

    7.    The Defendants reserve the right to amend this list should it become necessary subsequent to the close of discovery.

**C.**    **COMPUTATION OF DAMAGES**

The Defendant is not asserting any claim for damages at this time but reserves the right to supplement these disclosures pursuant to the Federal Rules of Civil Procedure and further Order of the Court.

**D.**    **INSURANCE AGREEMENT**

Louisville/Jefferson County Metro Government is a member of the Louisville Area Governmental Self-Insurance Trust (LAGIT) which is a self-insurance liability pool formed under Kentucky Statutes § 304.48, et seq. As such, Louisville/Jefferson County Metro Government holds a self-insurance coverage contract through LAGIT. LAGIT has purchased a policy of excess insurance. A copy of the LAGIT coverage contract and the excess insurance policy is available for inspection and copying.

The Defendant expressly reserves any objection it may have to the introduction into evidence anything required to be disclosed under Rule 26. The disclosing Defendant reserves the right to timely supplement these initial disclosures pursuant to the Federal Rules of Civil Procedure or by further Order of the Court.

Respectfully submitted,

*/s/ James E. McKiernan, III*
CHRIS J. GADANSKY
JAMES E. MCKIERNAN, III
McBrayer PLLC
500 West Jefferson Street
Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
cgadansky@mcbrayerfirm.com
jmckiernan@mcbrayerfirm.com
***Counsel for Defendant, Louisville/Jefferson County Metro Government***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

*/s/ James E. McKiernan, III*
***Counsel for Defendant***