# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ATTICA SCOTT, CORBIN SMITH, KAYLA MEISNER, TYLER WEAKLEY, STEVIE SCHAUER, WILLA TINSLEY, PATRICK MOORE, and the KENTUCKY ALLIANCE AGAINST RACIAL AND POLITICAL REPRESSION, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, GREG FISCHER, ROBERT SCHROEDER, LaVITA CHAVOUS, and LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICER "J." JOHNSON, LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICERS JOHN DOES #1-#15 and JANE DOE #1,<br><br>        Defendants. | Civil Action No. 3:20-cv-0535 (BJB) (CHL) |

## SECOND JOINT STATUS REPORT

Plaintiffs Attica Scott, Corbin Smith, Kayla Meisner, Tyler Weakley, Stevie Schauer, Willa Tinsley, Patrick Moore, and the Kentucky Alliance Against Racial and Political Repression, on behalf of themselves and all other similarly situated, (together, "Plaintiffs") and Defendants Louisville/Jefferson County Metro Government, Greg Fischer, Robert Schroeder, and LaVita Chavous (collectively, "Defendants"), by undersigned counsel, submit this second joint status report on the status of the parties' discussions pursuant to the Court's Order dated April 29, 2021. *See* ECF No. 54.

I.      **Procedural Background**

Plaintiffs issued their first consolidated set of discovery requests to Defendants on November 25, 2020. On February 5, 2021, Defendants responded, producing certain materials and objecting to certain of Plaintiffs' requests. Plaintiffs sent a deficiency letter to Defendants on March 1, 2021, asserting a number of deficiencies in Defendants' responses and objections; Defendants maintained their objections in a letter dated March 25, 2021. Defendants also submitted their own letter of deficiency dated March 25, 2021, to which Plaintiffs responded on March 31, 2021. The dispute regarding both parties' productions prompted the parties to seek a conference with this Court, which took place on April 16, 2021.

The Court held a discovery conference with all parties on April 16, 2021, to address disputes regarding the parties' document productions. After that conference, the parties met and conferred twice—on April 23, 2021, and again on April 27, 2021—to discuss a reasonable timeline for Defendants to begin producing responsive information. Further, the parties began to negotiate the terms of a confidentiality agreement without submitting a proposed order for the Court. On April 28, 2021, the parties submitted a first joint status report setting forth a timeline for Defendants to begin production of materials. Defendants provided dates by which they would provide (1) the names and identification numbers of certain officers within the Louisville Metropolitan Police Department ("LMPD"); (2) information about the volume of Body-Worn Camera ("BWC") footage retained by LMPD on dates relevant to the Amended Complaint; (3) incident reports and use-of-force authorization requests relevant to the Amended Complaint; and (4) communications and/or correspondence involving Defendants as relevant to the Amended Complaint, subject to review for any privilege. All of these productions were expected to be completed by May 14, 2021. *See* ECF No. 53.

**II.     Status of Confidentiality Agreement**

On April 21, 2021, Plaintiffs proposed a confidentiality agreement to Defendants, who provided a counterproposal on April 26, 2021. The parties exchanged additional draft agreements on April 27, 2021 and April 29, 2021. Though the parties are now near a final agreement, two final issues remain unresolved: (1) whether any party may designate documents produced by third parties as confidential, and (2) the procedure for resolving disputes over confidentiality designations. The parties met and conferred to discuss both issues on May 12, 2021, and hope to resolve them without Court intervention. If they are not able to reach an agreement on both points, the parties shall jointly contact the Court no later than May 17, 2021, to request a discovery conference.

**III.    Status of Document Productions**

On April 29, 2021 and May 4, 2021, Defendants provided Plaintiffs with certain names and identification numbers of LMPD officers potentially involved in the acts alleged in the Amended Complaint. On May 11, 2021, Plaintiffs responded to request information about certain additional officers; Defendants have agreed to provide that additional information by May 21, 2021.

Defendants produced four BWC recordings to Plaintiffs on April 30, 2021. On May 12, 2021, Defendants provided Plaintiffs with additional information about the total volume of BWC footage retrieved from LMPD and requested that Plaintiffs propose a narrower subset of footage to prioritize for immediate production. To facilitate this narrowing, Defendants have agreed to provide Plaintiffs with certain information about how BWC footage is coded within LMPD by May 21, 2021. The parties will continue to discuss the most effective way to ensure all responsive footage is produced.

Defendants have requested an additional week—until May 21, 2021—to provide incident reports, use-of-force authorization requests, and relevant communications. Plaintiffs have agreed to this extension.

In light of the foregoing, the parties respectfully request that they be allowed to file another status report by **May 28, 2021**, concerning the status of their disclosures.

Case 3:20-cv-00535-BJB-CHL    Document 58    Filed 05/14/21    Page 4 of 6 PageID #: 479

Dated: May 14, 2021

By: w/ permission
Chris J. Gadansky
James E. McKiernan, III
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
cgadansky@mcbrayerfirm.com
jmckiernan@mcbrayerfirm.com

*Counsel for Defendants*

Respectfully submitted,

*/s/* Ashok Chandran
Corey Shapiro
Heather Gatnarek
ACLU OF KENTUCKY
FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org
heather@aclu-ky.org
aaron@aclu-ky.org

Ashok Chandran
Christopher Kemmitt
Ajmel Quereshi
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
achandran@naacpldf.org
ckemmitt@naacpldf.org
aquereshi@naacpldf.org

Samuel Shapiro
Andrew K. Jondahl
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
sshapiro@ecbawm.com
ajondahl@ecbawm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I served the foregoing Second Joint Status Report upon all counsel of record by filing the same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated:  May 14, 2021                               /s/ Ashok Chandran
                                                               Ashok Chandran

                                                               *Counsel for Plaintiffs*