**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:20-CV-00535-BJB-CHL**


**ATTICA SCOTT, et al.,**                                                    **Plaintiff,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,**    **Defendants.**

**SETTLEMENT CONFERENCE REPORT & ORDER**

On November 9, 2022, the undersigned conducted a settlement conference in the above

matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFFS: | Attica Scott; Corbin Smith; Kayla Meisner; Tyler Weakley; Stevie Schauer (via Zoom); Willa Tinsley; Patrick Moore; K.A. Owens; Tia Edison; Gay Adelman; Tracy Martin-Wray; Kevin Muench; Corey M. Shapiro, counsel; Heather L. Gatnarek, counsel; Samuel Shapiro, counsel; Catherine Logue, counsel; Ashok Chandran, counsel; Anne Oredeko, counsel |
| FOR DEFENDANTS: | Paul L. Humphrey; Lisa Jarrett; Catina Rivera; Ethan Salsinger ; Annale Taylor; Mary Anne Watkins; Kristie Walker; Susan D. Phillips; Bruce B. Paul, counsel; Chris J. Gadansky, counsel |

Although settlement discussions were conducted, the Parties were unable to come to an

agreement.


Accordingly,

IT IS HEREBY ORDERED as follows:

(1)      On or before **November 14, 2022**, counsel for Defendants shall respond to

           Plaintiffs' last demand during the settlement conference.  The Parties shall copy the

           undersigned's   Chambers   at   chambers_lindsay@kywd.uscourts.gov   on   all

settlement communications exchanged prior to the informal meeting scheduled below and the reconvened settlement conference the Parties are directed to schedule herein.

(2)     The undersigned will hold a limited continuation of the settlement conference that shall be attended only by counsel and the representative of Louisville Metro Police Department identified to the Parties on **November 21, 2022, at 10:00 AM ET**.  On or before **November 16, 2022**, counsel for Plaintiffs shall advise the undersigned's Chambers via e-mail to chambers_lindsay@kywd.uscourts.gov whether they are available to conduct that meeting in person and copy opposing counsel.

(3)     On or before **November 21, 2022**, the Parties shall confer and jointly contact the undersigned's Case Manager, Theresa Burch, via e-mail to theresa_burch@kywd.uscourts.gov, with dates on which they and their decisionmakers are available to reconvene the settlement conference in person in December 2022.  *Without limitation of the foregoing or previous orders of the Court in this matter, an authorized representative employed by the Louisville Area Governmental Insurance Trust and an authorized representative employed by any insurance carrier or carriers that may be liable for all or part of a possible judgment must attend the reconvened settlement conference.*

(4)     The Parties may confer and submit proposed amendments to the current scheduling order if they are in agreement that doing so would further productive settlement negotiations.

November 10, 2022

Colin H Lindsay, Magistrate Judge
United States District Court