**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

|  |  |
|---|---|
| ATTICA SCOTT, CORBIN SMITH, KAYLA MEISNER, TYLER WEAKLEY, STEVIE SCHAUER, WILLA TINSLEY, PATRICK MOORE, and the KENTUCKY ALLIANCE AGAINST RACIAL AND POLITICAL REPRESSION, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, GREG FISCHER, ROBERT SCHROEDER, LaVITA CHAVOUS, and LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICER "J." JOHNSON, LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICERS JOHN DOES #1-#15 and JANE DOE #1,<br><br>　　　　　　Defendants. | Civil Action No. 3:20-cv-0535 (BJB) (CHL) |

<u>**ELEVENTH JOINT STATUS REPORT**</u>

Plaintiffs Attica Scott, Corbin Smith, Kayla Meisner, Tyler Weakley, Stevie Schauer, Willa Tinsley, Patrick Moore, and the Kentucky Alliance Against Racial and Political Repression (together, "Plaintiffs") and Defendants Louisville/Jefferson County Metro Government, Greg Fischer, Robert Schroeder, and LaVita Chavous (collectively, "Defendants"), by undersigned counsel, submit this eleventh joint status report on the status of two remaining fact discovery disputes pursuant to the Court's Orders dated February 28, 2024, and April 10, 2024. *See* ECF Nos. 182, 191.

1

As reported in their last status report, the parties have agreed on a list of topics for a limited 30(b)(6) deposition of the City of Louisville regarding the currently operative policies for crowd control and protest response, after which the parties will meet and confer regarding the remainder of Plaintiffs' noticed 30(b)(6) topics. *See* ECF No. 190. Defendants proposed two dates in April for the deposition, but counsel for Plaintiffs was unavailable on those dates. Defendants indicated they were unavailable for the month of May, and on May 9, 2024, proposed dates in June to conduct the deposition. Plaintiffs believe they will be able to confirm one of those dates shortly.

Additionally, the parties are working towards resolving their dispute concerning Defendants' privilege log. After meeting and conferring, the parties have resolved preliminary disagreements about the scope of the Court's Order. Defendants made additional document productions on April 15, 2024, and are preparing an amended privilege log, which they plan on serving by June 14, 2024. Upon receipt of that amended log, Plaintiffs will identify any remaining disputes and the parties will meet and confer in an effort to resolve them. Should any disagreements remain, the parties will contact the Court for a conference.

Dated:          May 10, 2024          Respectfully submitted,

By: *with permission*                    */s/ Ashok Chandran*

Bruce Paul                            Corey Shapiro
McBrayer PLLC                         Kevin Muench
500 West Jefferson Street, Suite 2400  ACLU OF KENTUCKY FOUNDATION,
Louisville, KY 40202                   INC.
Phone: (502) 327-5400                  325 W. Main St. Suite 2210
bpaul@mcbrayerfirm.com                 Louisville, KY 40202
                                       (502) 581-9746
                                       corey@aclu-ky.org
*Counsel for Defendants*               kevin@aclu-ky.org


                                       Ashok Chandran
                                       NAACP LEGAL DEFENSE &
                                       EDUCATIONAL FUND, INC.
                                       40 Rector St., 5th Floor
                                       New York, NY 10006
                                       Tel.: (212) 965-2200
                                       Fax.: (212) 226-7592
                                       achandran@naacpldf.org

                                       Samuel Shapiro
                                       EMERY CELLI BRINCKERHOFF
                                       ABADY WARD & MAAZEL LLP
                                       600 Fifth Avenue, 10th Floor
                                       New York, NY 10020
                                       (212) 763-5000
                                       sshapiro@ecbawm.com

                                       *Counsel for Plaintiffs*