# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ATTICA SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al. <br><br> Defendants. | Civil Action No. 3:20-cv-0535 (BJB) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to LR 83.6(b), Kevin Muench respectfully withdraws his appearance as counsel for Plaintiffs in the above-captioned proceeding. Plaintiffs will continue to be represented by attorneys of record from the ACLU of Kentucky, NAACP Legal Defense Fund, and Emery Celli Brinkerhoff Abady Ward & Maazel. Plaintiffs have been notified in writing of this withdrawal.

Dated:       September 03, 2024

Respectfully submitted,

*/s/ Kevin Muench*
Kevin Muench
ACLU OF KENTUCKY FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, KY 40202
kevin@aclu-ky.org

2

## CERTIFICATE OF SERVICE

On September 03, 2024, I electronically submitted the foregoing Notice of Withdrawal as Counsel to the Clerk of the Court for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the Court. I hereby certify that all counsel of record for all parties have been served through the Court's ECF system.

<u>/s/ Kevin Muench</u>
Kevin Muench