UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ATTICA SCOTT, CORBIN SMITH, KAYLA MEISNER, TYLER WEAKLEY, STEVIE SCHAUER, WILLA TINSLEY, PATRICK MOORE, and the KENTUCKY ALLIANCE AGAINST RACIAL AND POLITICAL REPRESSION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, GREG FISCHER, ROBERT SCHROEDER, LaVITA CHAVOUS, and LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICER "J." JOHNSON, LOUISVILLE METROPOLITAN POLICE DEPARTMENT OFFICERS JOHN DOES #1-#15 and JANE DOE #1,<br><br>Defendants. | Civil Action No. 3:20-cv-0535 (BJB) (CHL) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), Ashok Chandran hereby respectfully withdraws his appearance as counsel for Plaintiffs Attica Scott, Corbin Smith, Kayla Meisner, Tyler Weakley, Stevie Schauer, Willa Tinsley, Patrick Moore, and the Kentucky Alliance Against Racial and Political Repression in the above-captioned proceeding. After October 4, 2024, Mr. Chandran will no longer be an employee of the NAACP Legal Defense & Educational Fund, Inc. (LDF). Christopher E. Kemmitt and Catherine Logue will continue to represent Plaintiffs in this matter, as will co-counsel from the ACLU of Kentucky, Inc., and Emery Celli Brinckerhoff Abady Ward & Maazel, LLP. Plaintiffs have been notified in writing of this withdrawal.

2

Dated: October 4, 2024

Respectfully submitted,

*/s/ Ashok Chandran*
Ashok Chandran
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
achandran@naacpldf.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2024, I filed a true and correct copy of the foregoing Notice with the Clerk of Court for the United States District Court for the Western District of Kentucky using the CM/ECF electronic filing system of the Court. All counsel of record for all parties have been served through the CM/ECF system.

                                                                            */s/ Ashok Chandran*
                                                                            Ashok Chandran