## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:20-CV-00535-BJB-CHL

**ATTICA SCOTT, et al.,**            **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, et al.,**            **Defendants.**

### ORDER

The undersigned has conducted multiple *ex parte* calls regarding settlement with the Parties. The undersigned concludes that further calls or an additional settlement conference would not be productive at this time.

The Court had previously stayed the deadlines in this matter. (DN 170.) All pending discovery motions and the motion for class certification having been resolved, the Court will direct the Parties to confer and tender a final litigation schedule as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **November 27, 2024**, the Parties shall confer and file a joint proposed final litigation schedule that addresses any remaining deadlines that need to be set in this case, including any briefing deadlines for any outstanding discovery issues that have not previously been resolved by either the Court or the Parties.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

2|0      November 4, 2024