# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:20-CV-00535-BJB-CHL

**ATTICA SCOTT, et al.,**                                                                                             **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                                      **Defendants.**

## ORDER

Before the Court is the Parties' agreed proposed amended scheduling order. (DN 207.) The Parties being in agreement, the Court will in large part adopt their proposed deadlines as set forth below. However, the Parties indicated that they would meet and confer regarding their three remaining discovery disputes and then contact the Court to schedule a conference. The Court reiterates its prior ruling that the Parties need not have a discovery conference with the Court prior to filing discovery motions given their demonstrated history of making good faith efforts to meet and confer regarding their disputes. Nonetheless, the Parties may still request a conference if they believe it would be helpful in resolving the dispute. The Court will set a deadline below for motions regarding any outstanding and unresolved discovery disputes but will consider extending that deadline upon request if the Parties need additional time to meet and confer.

Accordingly,

IT IS HEREBY ORDERED that the Court's prior scheduling orders are hereby amended as follows, and the Parties shall satisfy their discovery obligations on or before the following deadlines :

(1) **Fact discovery**

    a) Defendants' complete production of requested documents: December 20, 2024

    b) Supplemental disclosures and responses (Rule 26(e)): whenever reasonably appropriate, on a continuing basis

    c) Motions related to unresolved discovery disputes: January 10, 2025

    d) Fact Discovery: March 31, 2025

(2) **Expert discovery**

    a) Disclosure of experts (Rule 26(a)(2)):

        i. Plaintiffs:          April 14, 2025

        ii. Defendants:        May 13, 2025

        iii. Plaintiffs' rebuttal:   June 30, 2025

    b) Deposition dates: Propose at least two dates, within 30 days, for each expert when exchanging each report.

    c) Close of expert discovery: July 8, 2025

(3) **Joint status report and conference at the close of discovery**

    a) Telephonic status conference: This matter is set for a telephonic status conference on June 3, 2025, at 11:00 AM ET, before Magistrate Judge Colin H. Lindsay.[1] Counsel for the Parties shall connect to the conference by dialing 1-650-479-3207 and entering access code 2319 759 1660. Attendees should press # to skip entry of an attendee or host code.

---

[1] Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time. Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).

       b) Joint status report (including position(s) on mediation): May 27, 2025

(4)    **Dispositive and expert motions**. September 22, 2025. The Parties shall file all dispositive motions and any motions objecting to the admissibility of expert testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Requests for extensions must be made by written motion, and will be granted only for good cause.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

December 10, 2024