**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CASE NO. 3:20-cv-535-BJB-CHL**

**ATTICA SCOTT,** *et al.*                                                                 **PLAINTIFFS**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO**
**GOVERNMENT,** *et al.*                                                                **DEFENDANTS**

*Electronically Filed*

\*\*\* \*\*\* \*\*\* \*\*\*

**MOTION FOR PROTECTIVE ORDER**

Defendant, Louisville/Jefferson County Metro Government ("Metro"), hereby moves the Court to enter a protective on 24 topics in Plaintiffs' November 2024 30(b)(6) Notice to Metro (attached as Exhibit A to the accompanying Memorandum in Support). In support of this motion, as more fully set forth in its Combined Memorandum in Support of Motion for Protective Order and Response to Plaintiffs' Motion to Compel [ECF 214], Metro states that the 24 topics are overly burdensome and not proportional to the needs in this case since they largely cover the thousands of documents produced, many of the topics are not relevant to any claims or defenses in the case, Metro cannot possibly prepare a witness to satisfy Plaintiffs in this case—as illustrated in Plaintiffs' Motion to Compel [ECF 214], and Plaintiffs have already used over five of the allotted seven hours provided for in Fed. R. Civ. P. 30(d)(1). The Memorandum also consists of Metro's response to Plaintiffs' Motion to Compel [ECF 214], as the scope and arguments of the 30(b)(6) notices are related.

Respectfully submitted,

*/s/ Bruce B. Paul*
BRUCE B. PAUL
WILLIAM G. CARROLL
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
bpaul@mcbrayerfirm.com
wcarroll@mcbrayerfirm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

*/s/ Bruce B. Paul*
*Counsel for Defendants*