**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:20-CV-00535-BJB-CHL**

**ATTICA SCOTT, et al.,**                                                                                         **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                                                     **Defendants.**

### ORDER

The undersigned has conducted a number of *ex parte* calls regarding settlement.  Based on those calls, the undersigned finds that another settlement conference would be productive and will direct the Parties to confer and jointly contact the undersigned's Case Manager as set forth below.

Based on the undersigned's calls, the Court will make the following preliminary rulings regarding attendance at the settlement conference.  First, Plaintiffs need not personally appear at the settlement conference and shall instead be available to their counsel via telephone.  Second, none of the individual Defendants need personally attend the settlement conference.  Third, a representative of Louisville Metro's excess insurance carrier need not attend the settlement conference in person but shall attend via Zoom.  Counsel for Defendants shall be responsible for bringing a Zoom-capable device to the conference for purposes of the insurance representative's attendance.

Accordingly,

IT IS HEREBY ORDERED on or before **March 7, 2025**, the Parties shall consult with their respective decisionmakers and jointly contact the undersigned's Case Manager, Theresa

Burch, via e-mail at theresa_burch@kywd.uscourts.gov to schedule an in person settlement conference for March or April 2025.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
February 25, 2025