UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-00535-BJB-CHL

**ATTICA SCOTT, et al.,**                                                                                         **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                              **Defendants.**

## ORDER

Before the Court is the Parties' Agreed Motion for Extension of Deadlines. (DN 230.) The Parties requested an approximately ninety-day extension of the current discovery schedule given the pending discovery motions before the Court and the Plaintiffs' desire to have those issues resolved before finalizing their expert disclosures. The Parties also noted that they have a settlement conference scheduled for April 23, 2025. Based on the Parties' representations, the Court finds good cause to amend the scheduling order as proposed by the Parties. Fed. R. Civ. P. 16(b)(4).

Accordingly,

IT IS HEREBY ORDERED that the Parties' Agreed Motion for Extension of Deadlines (DN 230) is **GRANTED**, and the Court's prior scheduling orders are hereby amended as follows. The Parties shall satisfy their discovery obligations on or before the following deadlines :

(1)     **Fact discovery**

        a) Fact Discovery: June 30, 2025

(2)     **Expert discovery**

        a) Disclosure of experts (Rule 26(a)(2)):

      i. Plaintiffs: July 14, 2025

      ii. Defendants: August 13, 2025

      iii. Plaintiffs' rebuttal: September 30, 2025

b) Deposition dates: Propose at least two dates, within 30 days, for each expert when exchanging each report.

c) Close of expert discovery: October 8, 2025

(3) **Joint status report and conference at the close of discovery**

    a) Telephonic status conference: This telephonic status conference previously schedule for June 3, 2025, at 11:00 AM ET, before Magistrate Judge Colin H. Lindsay is **RESCHEDULED** to **September 12, 2025, at 11:00 AM ET**.[1] Counsel for the Parties shall connect to the conference by dialing 1-650-479-3207 and entering access code 2319 759 1660. Attendees should press # to skip entry of an attendee or host code.

    b) Joint status report (including position(s) on mediation): September 5, 2025

(4) **Dispositive and expert motions**. January 22, 2026. The Parties shall file all dispositive motions and any motions objecting to the admissibility of expert testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Requests for extensions must be made by written motion, and will be granted only for good cause.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

    April 7, 2025

---

[1] Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time. Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).