**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:20-CV-00535-BJB-CHL**

**ATTICA SCOTT, et al.,**                                           **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO**
**GOVERNMENT, et al.,**                                       **Defendants.**

## SETTLEMENT CONFERENCE REPORT & ORDER

On April 23, 2025, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFFS: | Christopher Kemmitt, counsel; Samuel Shapiro, counsel; Corey M. Shapiro, counsel; Gabriel Diaz, counsel; Catherine Logue, counsel; Anne Oredeko, counsel |
| FOR DEFENDANTS: | Megan Metcalf; Mary Anne Watkins; Susan Phillips; Kristie Walker; Heather White; Bruce Paul, counsel; William G. Carroll, counsel |

Settlement negotiations were conducted in good faith, and at the conclusion of the settlement conference, Defendants agreed to leave their final offer open until close of business on April 24, 2025. Subsequently, the Parties notified the Court that they reached an agreement for the resolution of all claims.

Accordingly,

IT IS HEREBY ORDERED that on or before **May 30, 2025**, the Parties shall file a joint stipulation of dismissal signed by all Parties who have appeared pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that in light of the settlement, the pending discovery motions (DNs 214, 215, 216) are **DENIED WITHOUT PREJUDICE**.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

8|15    April 25, 2025