# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

May 23, 2025

**By ECF**

Hon. Colin H. Lindsay
Gene Snyder United States Courthouse
601 West Broadway, Room 201
Louisville, KY 40202-2227

   Re: *Scott et al v. Louisville/Jefferson County Metro Government et al*, 20 Civ. 535 (BJB)(CHL)

Dear Judge Lindsay:

  We are counsel to Plaintiffs in the above captioned matter. We write with defense counsel's consent to request a 30-day extension of the May 30, 2025 deadline to file a joint stipulation of dismissal in this case. *See* ECF No. 233.

  The Parties have exchanged a draft of the settlement agreement. A 30-day extension will allow Plaintiffs to obtain related client information, necessary to finalizing the Parties' agreement.

  We thank the Court for its consideration.

              Respectfully submitted,

              /s/
              Samuel Shapiro

  c. All counsel of record, by ECF