UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:20-CV-00535-BJB-CHL

**ATTICA SCOTT, et al.,**  **Plaintiffs,**

v.

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,**  **Defendants.**

### ORDER

Before the Court is a letter from the parties, filed electronically, requesting an extension of the May 30, 2025, deadline to file a joint stipulation of dismissal in this case.  (DN 235.)  Any request for an order from the Court must be made by motion.  Fed. R. Civ. P. 7(b)(1).  The rules governing captions and other matters of form of motions are governed by Rule 10.  Fed. R. Civ. P. 7(b)(2).  While the Court will grant the parties' request for an extension of time, the Court will instruct the parties to make any request for relief in the form of a motion filed with the Court, not a letter.

Accordingly,

IT IS HEREBY ORDERED that:

(1)    On or before **June 30, 2025**, the parties shall file a joint stipulation of dismissal in this case.

(2)    The parties shall make any request for relief from the Court in the form of a motion.

June 5, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record