UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ATTICA SCOTT, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-0535-BJB-CHL<br><br>**JOINT STIPULATION OF DISMISSAL** |

　　Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs Attica Scott, Corbin Smith, Kayla Meisner, Tyler Weakley, Stevie Schauer, Willa Tinsley, Patrick Moore, and KAARPR, and Defendants Louisville-Jefferson County Metro Government, Greg Fischer, Robert Schroeder, LaVita Chavous, Joplin Johnson, LMPD Officers John Does 1-15, and Jane Doe 1 jointly stipulate to dismiss all claims asserted in this action or which could have been asserted in this action with prejudice.

Date: October 14, 2025　　　　　　　　　　　　　　　Respectfully submitted,

By: */s/* Bruce Paul (with permission)
Bruce Paul
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
bpaul@mcbrayerfirm.com

*Counsel for Defendants*

*/s/* Corey Shapiro
Corey Shapiro
ACLU OF KENTUCKY FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org

Christopher Kemmitt
Anne Oredeko
Gabriel Diaz
Catherine Logue
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax.: (212) 226-7592
ckemmitt@naacpldf.org
aoredeko@naacpldf.org
gdiaz@naacpldf.org
clogue@naacpldf.org

Samuel Shapiro
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
sshapiro@ecbawm.com
*Counsel for Plaintiffs*